1

2

3

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10

11

12  United States of America,

13           Plaintiff,            No. Mag. 05-168 PAN

14      vs.                        Detention Order

15  Roberto Rocha-Hernandez,

16           Defendant.

17                              -oOo-

18  A.   Order For Detention

19       After conducting a detention hearing pursuant to 18 U.S.C. §
    3142(f) of the Bail Reform Act, the Court orders the above-named
20  defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

21  B.   Statement Of Reasons For The Detention

22       The Court orders the defendant's detention because it finds:

23

       __x__          By a  preponderance  of the evidence that no
24                     condition  or  combination  of  conditions  will
                       reasonably assure the appearance of the defendant
25                     as required.

26       _____        By clear and convincing evidence that no condition
                       or combination of conditions will reasonably assure

the safety of any other person and the community.

C.   Findings Of Fact

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

   x      (1)   Nature  and Circumstances of the offense charged.

     x      (a) The crime. 8 U.S.C. § 1326.

          (b) The offense is a crime of violence.

          (c) The offense involves a narcotic.

          (d) The offense involves a large amount of controlled substances.

   X      (2)   The  weight  of the evidence against the defendant is high.

          (3)   The history and characteristics of the defendant including:

         (a)   General Factors:

            The defendant appears to have a mental condition which may affect whether the defendant will appear.

            The defendant has no family ties in the area.

            The defendant has no steady employment.

            The defendant has no substantial financial resources.

            The defendant is not a long time resident of the community.

            The defendant does not have any significant community ties.

   x     Past conduct of the defendant: parole violation.

            The defendant has a history relating to

2

drug abuse.

    __x__    The defendant has a significant prior criminal record.

    _____    The defendant has a prior record of failure to appear at court proceedings.

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

    _____    Probation.

    __x__    Parole.

    _____    Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

    __x__    The defendant is an illegal alien and is subject to deportation.

    _____    The defendant is a legal alien and will be subject to deportation if convicted.

    _____    Other:

_____    (4) Rebuttable Presumptions

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

    _____    (a) (1) The crime charged is one described in § 3142(f)(1)

        _____    (A) a crime of violence; or

        _____    (B) an offense for which the maximum penalty is life imprisonment or death; or

        _____    (C) a controlled substance violation that has a maximum penalty of ten years or more; or

3

1       _____      (D) a felony and defendant
previously was convicted of two or
2          more of the offenses described in
(A) through (C) above <u>and</u>

3

         (2)    Defendant previously has been convicted
4               of one of the crimes listed in
subparagraph (1)(A)-(C), above <u>and</u>

5

         (3)    The offense referred to in subparagraph
6               (2) was committed while defendant was on
release pending trial <u>and</u>

7

         (4)    Not more than five years has elapsed
8               since the date of conviction or release
from imprisonment for the offense
9               referred to in subparagraph (2).

10     _____    (b)    There is probable cause to believe that
defendant committed an offense for which
11               a maximum term of imprisonment of ten
years or more is prescribed

12

      _____      in the Controlled Substances Act, 21
13               U.S.C. §§ 801, et seq.,

14       _____      the Controlled Substances Act , 21 U.S.C.
§§ 951, et seq.,

15

      _____      the Maritime Drug Law Enforcement Act, 46
16               U.S.C. App. §§ 1901, et seq., or

17       _____      an offense under 18 U.S.C. §§ 924(c),
956(a), or 2332b.

18

      _____      an offense under 18 U.S.C. §§ 1201, 1591,
19               2241, 2242, 2244(a)(1), 2245, 2251,
2251A, 2252(a)(1), 2252(a)(2),
20               2252(a)(3), 2252A(a)(1), 2252A(a)(2),
2252A(a)(3), 2252A(a)(4), 2260, 2421,
21               2422, 2423 or 2425.

22 D.     <u>Additional Directives</u>

23      Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs
that:

24

     The defendant be committed to the custody of the Attorney
25 General for confinement in a corrections facility separate, to the
extent practicable, from persons awaiting or serving sentences or

26

1  being held in custody pending appeal; and

2      The defendant be afforded reasonable opportunity for private
   consultation with his counsel; and

3

4      That, on order of a court of the United States, or request of
   an attorney for the Government, the person in charge of the
   corrections facility in which the defendant is confined deliver the
5  defendant to a United States Marshal for the purpose of an
   appearance in connection with a court proceeding.

6

7      Dated: June 10, 2005.

8

9                                    /s/ Peter A. Nowinski
                                     Peter A. Nowinski
10                                   Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26