1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARK J. REICHEL, Bar #155034
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROCHA HERNANDEZ
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )
11                                   ) NO. CR.S-05-0242 FCD
                  Plaintiff,         )
12                                   )
        v.                           )
13                                   ) **STIPULATION AND ORDER;**
                                     ) **EXCLUSION OF TIME**
14                                   )
   ROBERTRO ROCHA HERNANDEZ,         )
15                Defendant.         ) Date: August 22, 2005
   _____       Time: 9:30 a.m.
16                                     Judge: Hon. FRANK C. DAMRELL JR.

17
        IT IS HEREBY STIPULATED by and between the parties hereto through
18
   their respective counsel, MICHAEL BECKWITH, Assistant United States
19
   Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal
20
   Defender, attorney for Defendant, that the date for trial confirmation
21
   hearing and jury trial shall be vacated and the matter set for a change
22
   of plea hearing instead on August 22, 2005 at 9:30 a.m.
23
        This continuance is requested as defense counsel needs additional
24
   time to review discovery with the defendant, to examine possible
25
   defenses and to continue investigating the facts of the case; the
26
   parties have also reached an agreed upon disposition which will require
27
   final legal consultation.
28

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 22, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 21, 2005.                      Respectfully submitted,

                                           QUIN DENVIR
                                           Federal Public Defender


DATED:  July 21, 2005.                     /s/ MARK J. REICHEL
                                           MARK J. REICHEL
                                           Assistant Federal Defender
                                           Attorney for Defendant


                                           McGREGOR SCOTT
                                           United States Attorney


DATED:  July 21, 2005.                     /s/ MARK J. REICHEL FOR
                                           MICHAEL BECKWITH
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## **O R D E R**

The date for trial confirmation hearing and jury trial are vacated and the matter is set for a change of plea hearing on August 22, 2005 at 9:30 a.m.  Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

DATED: July 21, 2005

                                           /s/ Frank C. Damrell Jr.
                                           THE HONORABLE FRANK C. DAMRELL JR.
                                           United States District Judge

Stip and Order                                      2